J. FORMAN WILKINSON, as Surviving Executor, etc., et al.,
Respondents, *v.* SIMMON D. PADDOCK et al., Impleaded, etc.,
et al., Appellants.

(Argued January 26, 1891; decided February 24, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the fourth judicial department, made July 1, 1890,
which modified, and affirmed as modified, an order of Special
Term confirming the report of a referee as to surplus moneys.

*M. M. Waters* for appellants.

*Frank H. Hiscock* for respondents.

Agree to affirm on opinion of MARTIN, J., below.
All concur.
Order affirmed. _____

SAMUEL M. LEDERER, Appellant, *v.* THOMAS D. ADAMS,
Respondent.

(Argued January 26, 1891; decided February 24, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made October 7, 1889,
which affirmed an order of Special Term granting an order
setting aside the service of the summons herein.

*Edward C. Boardman* for appellant.

*John J. Adams* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed. _____